UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/21

Nasean Bonie,

        Petitioner,

–against–

Anthony Annucci,

        Respondent.

19-cv-11822 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court received notice by mail that Petitioner's address has been updated to the following:

    Mr. Nasean Bonie (#15A1872)
    Southport Correctional Facility
    P.O. Box #2000
    Pine City, NY 14871-2000

SO ORDERED.

Dated: August 12, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge