UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Nasean Bonie,

       Plaintiff,         19 CIVIL 11822 (AJN)(DCF)

  -against-             **JUDGMENT**

Anthony Annucci,

       Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 28, 2022, as of this date, no objections to the Report & Recommendation have been filed, and the deadline for objections has passed. The Court has reviewed the Report & Recommendation for clear error. It found none. Thus, the Report & Recommendation is adopted in its entirety and Petitioner's § 2254 petition is dismissed for the reasons provided in Judge Freeman's Report & Recommendation. Because Petitioner "has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue." Perez v. United States, No. 04-CV-7148 (JSR), 2007 WL 685949, at *1 (S.D.N.Y. Jan. 29, 2007) (citing 28 U.S.C. § 2253). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, the case is closed.

Dated: New York, New York
    April 28, 2022

                      **RUBY J. KRAJICK**

                       Clerk of Court

            BY:

                       Deputy Clerk